**Electronically Filed
Supreme Court
SCAD-21-0000017
29-JAN-2021
02:22 PM
Dkt. 8 ODDP**

SCAD-21-0000017

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

LISA MARIE EZRA, (HI Bar #8689),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 19-0574)

ORDER DENYING PETITION
(By: Nakayama, Acting, C.J., McKenna, Wilson, and Eddins JJ.,
and Intermediate Court of Appeals Associate Judge Hiraoka,
in place of Recktenwald, C.J., recused)

Upon consideration of the petition for issuance of a reciprocal discipline notice upon Respondent Lisa Marie Ezra, filed on January 13, 2021 by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the declaration and exhibits appended thereto, we conclude the record submitted does not warrant issuance of a notice and order, or pursuit of the matter further. Therefore,

IT IS HEREBY ORDERED that the petition is denied.

DATED: Honolulu, Hawaiʻi, January 29, 2021.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Keith K. Hiraoka

